**GLASCO ELECTRIC COMPANY, a Corporation, Plaintiff/Appellant,**

v.

**Wayne WIEDEFELD, et al., Defendants/Respondents.**

No. 62324.

Missouri Court of Appeals, Eastern District, Division Two.

July 27, 1993.

Garry Seltzer, Clayton, for plaintiff, appellant.

Walter S. Drusch, Lowes & Drusch, Cape Girardeau, for defendants, respondents.

Before CRANDALL, P.J., and PUDLOWSKI and GRIMM, JJ.

PER CURIAM.

Supplier appeals the trial court's refusal to enforce a mechanic's lien.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

**In the INTEREST OF K.C.**

**R.B., Appellant.**

No. 62715.

Missouri Court of Appeals, Eastern District, Division One.

July 27, 1993.

Timothy J. Farrell, O'Fallon, for appellant.

John J. Smith, St. Charles, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

In this court-tried case, alleged natural father appeals termination of parental rights to a child in legal custody of the Division of Family Services based on his alleged abandonment of the child.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is supported by substantial evidence, is not against the weight of the evidence, and is affirmed in accordance with Rule 84.16(b).